**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

T.P. and C.H. as parents and next friends
Of G.H., a minor                                                             **PLAINTIFFS**

VS.                                                                             **NO. 3:13CV100-MPM-JV**

AMORY SCHOOL DISTRICT; TONY COOK
in his official capacity as Superintendent of the
Amory School District; PAULA WAX in her official
capacity as Assistant Superintendent of the Amory
School District; BILL ROGERS in his official
capacity as President of the Board of the Amory
School District; MINDY BRAND in her official
capacity as a member of the Board of the Amory
School District; JIMMIE ANN RAY in her official
capacity as a member of the Board of the Amory
School District; MARQUETTE ROGERS in his
official capacity as a member of the Board of the
Amory School District; LAZETTA STEVENS in her
official capacity of the Amory School District;
ADVANCED SCREENING SOLUTIONS, LLC, a
Mississippi Limited Liability Corporation;
JOHN DOE 1 as an employee of the Amory School
District; JOHN DOE 2 as an employee of the Amory
School District; JOHN DOE 3 as an employee of the
Amory School District                                **DEFENDANTS**

**<u>ORDER GRANTING MOTION TO COMPEL DISCOVERY RESPONSES</u>**

      Before the court is the Motion to Compel of Defendant Amory School District, filed on October 9, 2013 [ECF 35], and after having duly considered said motion, and having determined that Plaintiffs, T.P. and C.H. as parents and next friends of G.H., a minor, have filed no response to said motion, the court finds said motion is well taken and should be granted. **IT IS, THEREFORE**,

1585790

2

**ORDERED** that Defendant Amory School District's Motion to Compel is hereby granted, and Plaintiffs shall have ten (10) days from the date of entry of this order to fully and completely respond to the outstanding discovery that is the subject of Defendant's Motion to Compel. Plaintiffs are warned that failure to timely respond could result in the imposition of sanctions, including dismissal of this action.

SO ORDERED this, the 29th day of October, 2013.

/s/ Jane M. Virden
U. S. MAGISTRATE JUDGE